UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Consolidated Action - Consent Case

| | |
|---|---|
| DOUKAS SIOTKAS, | CASE NO. 19-61051-CIV-VALLE |
| Plaintiff, | |
| vs. | |
| TOP JET LLC, TOP PARK SERVICES LLC, TIME OUT COMMUNITIES LLC, TIME OUT PROPERTIES LLC, | |
| Defendants. _____/ | |
| JOSH SMART, | CASE NO. 19-61052-CIV-VALLE |
| Plaintiff, | |
| vs. | |
| TOP PARK SERVICES LLC, MATTHEW RING, MIKE (Neil) BENDER, TIME OUT COMMUNITIES LLC, TIME OUT PROPERTIES, LLC, | |
| Defendants. _____/ | |
| MICHAEL SMART, | CASE NO. 19-61054-CIV-VALLE |
| Plaintiff, | |
| vs. | |
| TOP PARK SERVICES LLC, TIME OUT COMMUNITIES LLC, TIME OUT PROPERTIES, LLC, | |
| Defendants. _____/ | |

# **FINAL JUDGMENT**

**THIS CAUSE** came before the Court for a trial by jury on November 7, 2022 through

November 18, 2022. The issues have been tried, and the jury rendered its verdict in favor of Defendants. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

Final Judgment is entered in favor of Defendants Top Park Services LLC, Time Out Communities LLC, Time Out Properties LLC, Mike (Neil) Bender, and Matthew Ring, and against Plaintiffs Doukas Siotkas, Josh Smart, and Michael Smart, who shall take nothing in this action. Furthermore, this case is administratively **CLOSED**. The Court reserves jurisdiction for post-judgment motions, including motions for attorney's fees and costs.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on November 30, 2022.

*[signature]*

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record